# IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| IN THE MATTER OF THE ESTATE<br><br>of<br><br>CONCEPCION F. CRISTOBAL,<br><br>DECEDENT. | PROBATE CASE NO.  PR0190-15<br><br>DECISION AND ORDER  RE: PETITION<br>FOR COURT APPROVAL FOR THE SALE<br>OF ESTATE PROPERTY AND OPPOSITION<br>TO PETITION |

## Introduction

This matter came before the Honorable Maria T. Cenzon regarding the Estate of Concepcion F. Cristobal ("Estate"). Jacqueline Taitano Terlaje is the Special Administratrix for the Estate. Ms. Terlaje, on behalf of the Estate, filed with this Court a Petition for Court Approval for the Sale of Estate Property ("Petition") on August 5, 2019. An opposition to the Petition was filed by the Law Offices of Gumataotao & Pole, P.C. on behalf of Bottomless Pit, LLC ("Bottomless") on August 28, 2019. This Court heard argument on the Petition and Opposition on August 29, 2019. After review, the Court issues the following DECISION and ORDER granting the Estate's Petition.

## Background

Decedent Cristobal died testate on September 26, 2015. *See* Pet. for Approval of Sale, p. 2. Ms. Terlaje was notified of an undivided interested in property co-owned by the Decedent, and subsequently received an Offer and Purchase Agreement for the interest from the Government of Guam. *Id.* On July 8, 2019, Ms. Terlaje emailed all known heirs of the Estate a copy of the Offer

and Purchase Agreement. *Id.* The Offer and Purchase Agreement proposed an offer to purchase the undivided interest at 100% of its appraised value. *Id.*

On August 5, 2019, Ms. Terlaje received verbal confirmation from the three known heirs to the Estate consenting to the proposed sale of the Estate property. *Id.* The three heirs were off island, and could not be reached in person by Ms. Terlaje. *Id.* The three heirs were also the three other co-owners of the property in question. *Id.* All three heirs have independently chosen to sell their undivided interests in said property to the Government of Guam. *Id.* After receiving confirmation from the three heirs, Ms. Terlaje filed the aforementioned Petition ex parte seeking Court approval of the sale. *Id.* at 3.

On August 28, 2019, Bottomless filed an Opposition of the Estate sale. *See* Opp. to Pet., p. 1. In their opposition, Bottomless claims that the Estate did not go through the proper proceedings in seeking to confirm this property sale. *See id.* at 2-3. Bottomless asserts that they will be injured if the Court grants the Petition. *Id.* at 2. They claim that it will allow the Estate to circumnavigate the appropriate law and procedure. *Id.*

After hearing oral argument on the Petition and Opposition on August 29, 2019, this Court took the matter under advisement.

### Discussion

The Guam Code provides that any person *interested* in an estate may file written objections to the confirmation of a sale of real property of such estate. 15 GCA § 2317(a) (emphasis added). Because the Guam Legislature enacted a probate code substantially similar to the California Probate Code in 1953, we look to California case law for interpretation. *Zahnen v. Limtiaco*, 2008 Guam 5 ¶ 17 (citing *People v. Angoco*, 2007 Guam 1 ¶ 52 n. 4). The California Probate Code defines an "interested person" as (1) An heir, devisee, child, spouse, creditor, beneficiary, and any other person having a property right in or claim against a trust estate or the estate of a decedent which may be affected by the proceeding, (2) any person having priority for appointment as personal representative, or (3) a fiduciary representing an interested person. West's Ann.Cal.Prob.Code § 48(a).

Simply put, Bottomless is not a party interested in the estate of Decedent. In their Opposition, Bottomless does not indicate any tangible connection to the estate of Decedent. *See* Opp. to Pet., pp. 1-5. The Petition named all other identifiable heirs to Decedent, within which Bottomless nor its representatives were not included. *See* Pet. for Approval of Sale, p. 2. Bottomless is not a personal representative of Decedent's estate, nor a fiduciary of Decedent or any identifiable heir. Bottomless claims that their interest in this estate is "a particular interest in requiring that the law be followed." *See* Opp. to Pet., p. 2. This rationale is insufficient to make Bottomless an interested party pursuant to 15 GCA § 2317(a). Therefore, they have no standing to challenge the sale of this real property.

Because there is no viable objection to the sale of the real property in question, and because all identifiable interested parties in Decedent's estate have consented to the proposed sale, the Petition filed by the Special Administratrix of the Estate is GRANTED.

### Conclusion

For the foregoing reasons, the Petition for Approval of Sale of Estate Property is GRANTED.

SEP 2 4 2019

SO ORDERED this _____.

**HONORABLE MARIA T. CENZON**
JUDGE, SUPERIOR COURT OF GUAM

**SERVICE VIA COURT BOX**
I acknowledge that a copy of the
original hereto was placed in the
court box of:
~ Atty Jacquelin Taitaje
~ Ada Taitague Pole
Date: 9.24.19 Time: 4:58
*Linda M. Perez*
Deputy Clerk, Superior Court of Guam